IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD DAHL, JR., | No. 2:13-CV-2313-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| TIMOTHY VIRGA, et al., | |
| Respondents. | |
| _____ / | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's response to the court's February 24, 2014, order to show cause.  Petitioner's response is construed as a motion for an extension of time and, so construed, is granted.  Petitioner shall file a response to the order to show cause within 30 days of the date of this order.  Petitioner is reminded that failure to comply may result in dismissal of the entire action.  <u>See</u> Local Rule 110.

IT IS SO ORDERED.

DATED: May 9, 2014

                                               /s/ Craig M. Kellison  
                                               **CRAIG M. KELLISON**  
                                               UNITED STATES MAGISTRATE JUDGE